IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSHUA MAZIQUE BURTON, §<br>　　#07366511, §<br>　　　　PETITIONER, §<br>　　　　　　　　　　　　　　　　§<br>V. §<br>　　　　　　　　　　　　　　　　§<br>GLENN A BRENNER, §<br>　　　　RESPONDENT. § | CIVIL CASE NO. 3:25-CV-1317-K-BK<br>(CRIMINAL NO. 3:24-CR-159-K-1) |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed on June 17, 2025 (Doc. No. 9) and Supplemental Objections on June 20, 2025 (Doc. No. 10). The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Petitioner's Objections are **OVERRULED**.

SO ORDERED.

Signed June 25th, 2025.

　　　　　　　　　　　　　　　　　*Ed Kinkeade*
　　　　　　　　　　　　　　　　ED KINKEADE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE